USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.S.C.,

      *Petitioner,*

      v.

**KENNETH GENNALO**, *in his official capacity as* Field Office Director of New York, Immigration and Customs Enforcement, *et al.,*

      *Respondents.*

Civil Action No. 1:26-cv-00395

### [PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Upon consideration of Petitioner's Motion for Leave to Proceed Under Pseudonym and for good cause shown, the motion is GRANTED. It is hereby ORDERED that Petitioner is given leave to proceed under the pseudonym E.S.C.

It is so **ORDERED.**

Dated February 12, 2026.

_____
United States District Court Judge