Brooklyn Defenders

**Melinda Katherine Sheild**
Senior Staff Attorney,
Immigration
(917)-968-4106
katiesheild@bds.org

**Brooklyn Defender Services**
156 Pierrepont Street
Brooklyn, NY 11201
Tel (718) 254-0700
Fax (718) 254-0897
info@bds.org

May 22, 2026

**VIA ECF**
Hon. J. Margaret M. Garnett
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

**Re: E.S.C v. Arteta et al., 26-cv-395 (MMG)**
**Joint Status Letter**

Dear Judge Garnett:

This Court ordered that the parties submit a joint status letter today on this matter. *See* ECF 30 (Order). Petitioner writes jointly with Respondents to inform the Court that the parties have reached a resolution following the Second Circuit's decision in *Barbosa da Cunha v. Freden*, --- F.4th ----, No. 25-3141-PR, 2026 WL 1146044 (2d Cir. Apr. 28, 2026), which has settled the central issue presented in this case. *See, e.g.*, *E.A.C.F. v. Arteta*, No. 26-CV-03047 (MMG), 2026 WL 1213414 (S.D.N.Y. May 4, 2026). The parties have agreed to pursue a joint motion before the immigration court to rescind the bond revocation order in light of *Barbosa da Cunha*. That motion is currently being finalized by Petitioner's immigration counsel along with the Assistant Chief Counsel for Immigration and Customs Enforcement and will be filed very soon.

The parties thus propose submitting a status report to this Court within two weeks, on or before June 5, 2026, as to the status of that motion or sooner if the immigration court rules before such date. We thank the Court for the time and consideration of this matter.

Respectfully,

*/s/ Melinda Katherine Sheild*
Melinda Katherine Sheild, Esq.
Alexandra Lampert, Esq.
Brooklyn Defender Services
177 Livingston Street
Brooklyn, NY 11201
917-968-4106
katiesheild@bds.org

cc: counsel of record (via ECF)

GRANTED. The parties shall submit a further joint status report by **June 5, 2026**, updating the Court on the status of their joint motion before the immigration court.

SO ORDERED. Dated May 27, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT COURT