Brooklyn (BDS) Defenders

**Melinda Katherine Sheild**
Senior Staff Attorney,
Immigration
(917)-968-4106
katiesheild@bds.org

**Brooklyn Defender Services**
156 Pierrepont Street
Brooklyn, NY 11201
Tel (718) 254-0700
Fax (718) 254-0897
info@bds.org

June 25, 2026

**VIA ECF**
Hon. Margaret M. Garnett
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

**Re: E.S.C v. Arteta et al., 26-cv-395 (MMG)**
**Joint Status Letter**

Dear Judge Garnett:

This Court ordered that the parties submit a status letter by June 26, 2026, regarding the joint motion to rescind the bond revocation order filed before the immigration court on May 28, 2026. *See* ECF 34 (Order). Petitioner writes jointly with Respondents to inform the Court that the motion is still pending without a ruling from the immigration judge.

The parties thus propose submitting another joint status report to this Court on or before July 24, 2026, as to the status of that motion or sooner if the immigration court rules before such date. We thank the Court for the time and consideration of this matter.

Respectfully,

*/s/ Melinda Katherine Sheild*
Melinda Katherine Sheild, Esq.
Alexandra Lampert, Esq.
Brooklyn Defender Services
177 Livingston Street
Brooklyn, NY 11201
917-968-4106
katiesheild@bds.org

cc: counsel of record (via ECF)

GRANTED. The parties shall submit a further joint status report by July 24, 2026, or within two days of a ruling from the immigration court, whichever is sooner.

SO ORDERED. Dated July 1, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE